IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KRISTOFER A. STANSEL,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                                        CASE NO. 1D13-2006

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed November 13, 2014.

Amended Petition Seeking Belated Appeal -- Original Jurisdiction.

Kristofer A. Stansel, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The amended petition seeking belated appeal is denied on the merits.

LEWIS, C.J., THOMAS and OSTERHAUS, JJ., CONCUR.